# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF DISCIPLINE OF
JEREMY D. EVELAND, BAR NO. 8449.

No. 71175 **FILED**

OCT 14 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## *ORDER IMPOSING TEMPORARY SUSPENSION AND REFERRAL TO DISCIPLINARY BOARD*

This is a petition under SCR 111 concerning attorney Jeremy Eveland, based on a conviction for communications fraud, a third-degree felony in violation of Utah Code Ann. § 76-10-1801. The conviction is for a "serious crime" as defined in SCR 111(6), both because it is a felony and because the statutory definition of the offense includes fraud as a necessary element. Accordingly, temporary suspension and referral for disciplinary proceedings are mandatory. SCR 111(7), (8). We therefore temporarily suspend Eveland from the practice of law in Nevada pending final disposition of a disciplinary proceeding. SCR 111(7). Further, we refer this matter to the Southern Nevada Disciplinary Board "for the institution of a hearing before a hearing panel in which the sole issue to be determined shall be the extent of the discipline to be imposed," SCR 111(8).

It is so ORDERED.

_____, C.J.
Parraguirre

_____, J.
Cherry

_____, J.
Douglas

SUPREME COURT
OF
NEVADA

(O) 1947A

16-32183

cc:    Chair, Southern Nevada Disciplinary Board
C. Stanley Hunterton, Bar Counsel, State Bar of Nevada
Jeremy D. Eveland
Kimberly K. Farmer, Executive Director, State Bar of Nevada
Perry Thompson, Admissions Office, U.S. Supreme Court

SUPREME COURT
OF
NEVADA

(O) 1947A